```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BOLAND,

      Plaintiff,

- against -

N.Y. CITY DEPT. OF CORRECTIONS, et al.,

      Defendants.

ORDER

07 Civ. 7202 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On August 13, 2007, Pro Se Plaintiff, Kevin Boland, commenced this action. The record does not reflect that Plaintiff has served Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff show cause by **May 16, 2008,** why this case should not be dismissed for failure to prosecute.

**SO ORDERED this 10th day of April 2008**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge