```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN BOLAND,                       :
                                    :
                    Plaintiff,      :
            v.                      :   07 Civ. 7202(BSJ)(RLE)
                                    :
N.Y. CITY DEPT. OF CORRECTIONS,     :
et al.,                             :   ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed Magistrate Judge Ronald L. Ellis' Report and Recommendation dated May 27, 2008, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record.  See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).  Accordingly, Plaintiff's case is dismissed without prejudice.

**SO ORDERED:**

*/s/ Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         November 17, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/08
```